# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LESLIE C. BURTON

VERSUS

ROBERT R. BURTON, III

NO.   2021 CW 0093

**MARCH 02, 2021**

---

In Re:   Leslie C. Burton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-16162.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT